FLORIDA INDUSTRIAL CO. v. STATE, for its Own Use and for
the Use and Benefit of Lafayette County.

152 So. 717.
Opinion Filed February 7, 1934.

*Treadwell & Treadwell,* for Appellant;
*McKinney & Edwards,* for Appellees.

PER CURIAM.—The appeal here is from an order over-
ruling a motion to dismiss bill of complaint filed to foreclose
certain tax sale certificates.

By motion to dismiss, the validity of certain provisions
of Chapter 14572, Acts of 1929, are challenged. The man-
ner of procedure employed and the prayer for a personal
decree are also challenged.

Of course, no personal decree can be entered against the
landowner in such case; that is, no deficiency decree is
allowable, although a decree may be entered requiring the
payment of taxes, interest penalties and costs, in default of

payment of which the lien therefor will be foreclosed and the title conveyed to another.

Other questions presented have been determined by this Court adversely to appellant's contentions in the case of Beebe v. State, for the use of the State, *et al.,* opinion filed November 28th, 1933, and reported 151 So. 298.

The order appealed from should, therefore, be affirmed. It is so ordered.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.

ELLIS and BROWN, J. J., not participating.